FILED
CLERK, U.S. DISTRICT COURT

NOV 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 12-MJ-2716 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Supervised Release) Conditions of Release) |
| v. | |
| ENRIQUE GOLDBAUM | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _That he will comply w/ conditions. Defendant has substance abuse issues._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _That he will comply with conditions. No bail resources + substance abuse issues._

IT IS ORDERED that defendant be detained.

DATED: 11/26/12

/s/ Suzanne H. Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE